UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR112-057 |
| | ) | |
| DANSON R. SHEPPARD | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Henry Nelson Crane, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Henry Nelson Crane, III** be granted leave of absence for the following periods: **July 12, 2018 through July 13, 2018 and July 27, 2018.**

This 10th day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA